PALMA MAZZARIELLO, an Infant, by ALPHONSO MAZZARIELLO, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOHN HESSINGER, Respondent, v. GEORGE F. GOETZMAN, Appellant, Impleaded with Another.— Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GEORGE W. BERTSCH, Respondent, v. H. E. SWEZEY Co., INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ANNA MILLER, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS ·OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of Lands, etc., Claimed to Be Owned by A. SCHREIBER BREWING COMPANY and Others. (Proceedings Nos. 120 and 125.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals granted, except as to parcel No. 1 in Proceeding No. 125 (Tiffany parcel), and as to such parcel the motion for leave to appeal is denied. Settle order before Crouch, J., on two days' notice. Present — Hubbs, P. J., Clark, Davis and Crouch, JJ.; Sears, J., not sitting.

In the Matter of the Application of CHARLES CARY for an Order of Peremptory Mandamus against FRANK X. SCHWAB and Others, as Mayor and Councilmen of the City of Buffalo.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CHARLES D. McCARTHY, Respondent, v. MELVIN ROSE, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

LIBERATA DiCARLO, an Infant, etc., Appellant, v. VINCENZO ULGIATI, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.